**Local Criminal Notice of Appeal Form**.

## NOTICE OF APPEAL
### United States District Court

_____ District of _____

_____

Docket No.: _____

_____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second

Circuit from the judgment [_____], other [_____] _____
(specify)

entered in this action on _____.
                                       (date)

Offense occurred after November 1, 1987          Yes          [ ___ ]     No [ ____ ]

This appeal concerns: Conviction only [ ___ ]          Sentence only [ ___ ]     Conviction and Sentence [ ____ ]

Date _____
TO

_____
(Counsel for Appellant)

Address  _____

_____

_____

**ADD ADDITIONAL PAGE (IF NECESSARY)**

Telephone Number: _____

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|

▶ **QUESTIONNAIRE** | ▶**TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

[ _____ ]  I am ordering a transcript
[ _____ ]  I am not ordering a transcript
   Reason
   [ _____ ] Daily copy is available
   [ _____ ] U.S. Attorney has placed order
   [ _____ ] Other.  Attach explanation

Prepare transcript of                          Dates
[ _____]  Prepare proceedings _____
[ _____ ] Trial _____
[ _____ ] Sentencing _____
[ _____ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).   ▶
Method of payment          [ _____ ]   Funds [ _____ ]                 CJA Form 24 [ _____]

**ATTORNEY'S SIGNATURE** | **DATE**

---

▶    COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  | Date _____    Signature _____ (Court Reporter) |  |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court  (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05